114

**Walter CLADY, Appellant v. STATE of Texas, Appellee.**

**No. 25294.**

Court of Criminal Appeals of Texas.

May 16, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted of the unlawful sale of intoxicating liquor in a wet area without having a permit authorizing him to thus sell. His punishment was assessed at confinement in the county jail for 30 days and a fine of $100.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting the dismissal thereof. The motion is granted and the appeal is ordered dismissed.